March 13, 2014



# JUDGMENT

## The Fourteenth Court of Appeals

EVERBANK, AS SUCESSOR BY MERGER OF EVERHOME MORTGAGE COMPANY, Appellant

NO. 14-13-00517-CV                              V.

CARL D. SHAW, Appellee

_____

Today the Court heard the parties' agreed motion to vacate the judgment signed by the court below on March 7, 2013, and remand the cause to the trial court for entry of a take-nothing judgment in accordance with the parties' agreement. Having considered the motion and found it meritorious, we order the judgment **VACATED AND SET ASIDE** without regard to the merits, and we **REMAND** the cause to the trial court for entry of a take-nothing judgment in accordance with the parties' agreement.

We further order that each party shall pay its costs by reason of this appeal.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.